UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COASTAL CONSERVATION ASSOCIATION,

          Plaintiff,

-vs-                                                    Case No.   2:09-cv-641-FtM-29SPC

GARY LOCKE, in his official capacity as Secretary
of the United States Department of Commerce;
THE NATIONAL OCEANIC and ATMOSPHERIC
ADMINISTRATION; THE NATIONAL MARINE
FISHERIES SERVICE,

          Defendants.
_____

**ORDER**

      This matter comes before the Court on the Parties' Joint Motion for Entry of a Scheduling Order (Doc. #58) filed on November 1, 2010.  Given that the Parties have jointly moved for the requested relief, and for good cause shown, the Motion is due to be granted.

      Accordingly, it is now

      **ORDERED:**

      The Parties' Joint Motion for Entry of a Scheduling Order (Doc. #58) is **GRANTED in part** and **DENIED in part**.  The Parties' request for a telephonic scheduling conference within the next 60 days for the purposes of scheduling a hearing and oral argument on this matter after all written briefs have been filed and submitted is **DENIED without prejudice**.  After the briefs have been filed, the Parties may show good cause and move the Court to hold oral argument.

      The Parties' request for entry of a scheduling order, request to file reply briefs, and request to file dispositive motions and responses in excess of 25 pages is **GRANTED** as follows:

1. Plaintiffs shall file their Motions for Summary Judgment in this matter on or before **December 3, 2010.**

2. *Amicus Curiae* Food and Water Watch, Inc. shall filed its *Amicus* Brief that was allowed by Order of the Court on or before **December 15, 2010.**

3. Defendants and Intervenor-Defendants shall file their responses to the Plaintiffs' Summary Judgment and any dispositive motion(s) of their own on or before **January 14, 2011.**

4. Reply briefs shall be allowed under Local Rule 3.01(c) and Plaintiffs shall file their replies and responses to Defendants and Intervenor-Defendants' responses and any dispositive motion(s) filed, on or before **February 4, 2011.**

5. Plaintiffs' memoranda in support of their Motions for Summary Judgment, and FFW's Amicus Brief shall not exceed 35 pages. Defendants and Intervenor-Defendants' responses to Plaintiffs' Summary Judgment Motions shall be combined with their respective dispositive motion(s) and so combined each filing shall not exceed 50 pages. Any reply and response to Defendants' and Intervenor-Defendants' dispositive motion(s) filed shall not exceed 25 pages.

**DONE AND ORDERED** at Fort Myers, Florida, this ___2nd___ day of November, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record