UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COASTAL CONSERVATION ASSOCIATION,

                Plaintiff,

-vs-                                      Case No.  2:09-cv-641-FtM-29SPC

GARY LOCKE, in his official capacity as Secretary of the United States Department of Commerce; THE NATIONAL OCEANIC and ATMOSPHERIC ADMINISTRATION; THE NATIONAL MARINE FISHERIES SERVICES,

                Defendants,

THE GULF OF MEXICO REEF FISH SHAREHOLDERS' ALLIANCE; THE ENVIRONMENTAL DEFENSE FUND,

                Intervenor-Defendants.
_____

BRIAN E. LEWIS; TROY FUSSELL,

                Plaintiffs,

-vs-                                      Case No. 2:10-cv-95-FtM-29SPC

GARY LOCKE, in his official capacity as Secretary of the United States Department of Commerce; THE NATIONAL OCEANIC and ATMOSPHERIC ADMINISTRATION; THE NATIONAL MARINE FISHERIES SERVICES,

                Defendants.
_____

**ORDER**

This matter comes before the Court on the Federal Defendants Unopposed Motion to Enlarge Time for Filing Paper Copy of Administrative Record (Doc. #80) filed on March 28, 2011. On March 25, 2011, the Court directed the Federal Defendants to file a hard copy of the entire administrative record. The Federal Defendants responded that the Administrative Record in this case is approximately 36,000 pages in length and fills twenty-four (24) volumes. Given the size of the record at issue, the Court will modify its request and direct the Federal Defendants to provide a hard copy of any of the documents specifically cited in its Response and Cross Motion for Summary Judgment (Doc.# 69). For Example if the Federal Defendants cite to a comment made at a particular hearing, or to a draft of Amendment 29, then only the transcript of that hearing or a copy of the Amendment 29 draft needs to be produced in hard copy. The Court will review the rest of the record in electronic format. Accordingly, it is now

**ORDERED:**

The Federal Defendants shall have up to and including **April 8, 2011**, to produce a hard copy of all documents and/or transcripts cited in their Memorandum of Law in Support of their Motion for Summary Judgment (Doc. # 69) filed on January 14, 2011. Although the Plaintiff, Coastal Conversation Association has already filed hard copies of their cites to the record, they may further supplement their filing of hard copies with the Court if there are any other records within the already filed electronic record they wish to bring to the Court's attention.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record