UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COASTAL CONSERVATION ASSOCIATION,

            Plaintiff,

-vs-                                    Case No. 2:09-cv-641-FtM-29SPC

GARY LOCKE, in his official capacity as Secretary
of the United States Department of Commerce;
THE NATIONAL OCEANIC and ATMOSPHERIC
ADMINISTRATION; THE NATIONAL MARINE
FISHERIES SERVICES,

            Defendants.
_____

BRIAN E. LEWIS; TROY FUSSELL,

            Plaintiffs,

                                    Case No. 2:10-cv-95-FtM-29SPC
v.

GARY LOCKE, in official capacity as
Secretary of the United States Department of
Commerce; THE NATIONAL OCEANIC AND
ATMOSPHERIC ADMINISTRATION; and
THE NATIONAL MARINE FISHERIES
SERVICE,

            Defendants.
_____

**<u>ORDER</u>**

      This matter comes before the Court on the Plaintiffs, Brian E. Lewis and Troy Fussell's

Motion for Extension of Time to File Objections to Report and Recommendation   (Doc. #88) filed

on August 29, 2011.  The Plaintiffs' Counsel states that there was a family emergency that led to a

death in his family on August 28, 2011. Due to the family emergency Plaintiffs' Counsel states that he needs more time to prepare a response/objection to the Court's Report and Recommendation. As such, the Court finds good cause to grant the requested relief.

Accordingly, it is now

**ORDERED:**

The Plaintiffs, Brian E. Lewis and Troy Fussell's Motion for Extension of Time to File Objections to Report and Recommendation (Doc. #88) is **GRANTED**. The Plaintiffs Brian E. Lewis and Troy Fussell shall have up to and including **September 16, 2011**, to file their Objection to the Court's Report and Recommendation.

**DONE AND ORDERED** at Fort Myers, Florida, this __31st__ day of August, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record